```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
|             Plaintiff,       ) | NO: CR-08-6073-WFN |
|                              ) | |
|     vs.                      ) | |
|                              ) | ORDER DISMISSING |
|                              ) | INDICTMENT |
| DIEGO LEDESMA-PENALOZA,      ) | |
|                              ) | |
|             Defendant.       ) | |
|                              ) | |

　　　Before the Court is the government's motion to dismiss the Indictment.

　　　Having reviewed the record and finding that good cause exists,

　　　IT IS HEREBY ORDERED that the government's motion to dismiss the Indictment is granted.

　　　DATED this __18th__ day of __February__, 2009.

                            s/ Wm. Fremming Nielsen
                            _____
                            William Fremming Nielsen
                            SENIOR UNITED STATES DISTRICT JUDGE